THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES BIANCO, Appellant.— Defendant appeals from a judgment of a city Magistrate sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of a violation of section 986 of the Penal Law (book-making). The record indicates that defendant had been convicted of violations of section 986 of the Penal Law, on May 5, 1951, and July 27, 1951. He was fined $500 or ninety days' imprisonment, and also to serve sixty days. A certificate of reasonable doubt has been issued and defendant is free on bail. Judgment unanimously affirmed. Defendant's guilt was established beyond a reasonable doubt. The sentence imposed was not excessive. Present — Nolan, P. J., Johnston, Adel, Wenzel and Schmidt, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLINTON C. HARRELL, Appellant.— Judgment of the County Court, Kings County, convicting appellant of the crimes of robbery in the first degree, grand larceny in the second degree, and assault in the second degree, reversed on the law and a new trial ordered. In our opinion, the proof was sufficient to meet the requirements of section 399 of the Code of Criminal Procedure. However, reversal is required by reason of the trial court's refusal to charge as requested by defendant's attorney that "the fact that the defendant was in the area with the accomplice at a time prior to the commission of the crime is not sufficient corroboration as required by the Statute", and that "evidence that the crime has been committed in the way outlined by the accomplice" was not such corroboration. (Cf. *People* v. *Bishop*, 270 App. Div. 133, and *People* v. *Maione*, 284 N. Y. 423.) We have examined the questions of fact and would affirm the judgment if it were not for the errors referred to, which, in our opinion, violated appellant's substantial rights. Nolan, P. J., Johnston, Adel, Wenzel and Schmidt, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SEYMOUR TOMPKINS, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of a violation of section 1140 of the Penal Law, and imposing sentence, unanimously affirmed. No opinion. Present — Nolan, P. J., Johnston, Adel, Wenzel and Schmidt, JJ.

■

IDA WATERS, Respondent, v. CITY OF NEW YORK et al., Appellants, et al., Defendants.— Action to recover damages for personal injuries allegedly sustained by plaintiff as the result of the defendants' negligence in the operation of motor vehicles. Defendants City of New York and Bernard Watkins appeal from a judgment in favor of plaintiff and against said defendants in the sum of $60,204.25, entered after a jury trial. Judgment reversed on the facts and a new trial granted, with costs to abide the event, unless within twenty days after the entry of the order hereon respondent stipulates that the verdict in her favor be reduced to $40,000, in which event the judgment, as so reduced, is affirmed, without costs. In our opinion the verdict of the jury in the sum of $60,000 was excessive. Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ., concur.